IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR ANDREW APODACA,

      Plaintiff,

vs.                                                       No. CIV 19-0388 JB/GJF

FNU VALDEZ; BETTY JUDD;
FNU VALDEZ; A. JIM and
D. BROWN,

      Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed February 26, 2021 (Doc. 15)("MOO").  In the MOO, the Court dismisses with prejudice this action, including all of the claims that the Plaintiff Victor Andrew Apodaca raises in his Prisoner Civil Tort Complaint Pursuant to the New Mexico Tort Claims Act, Chapter 41 N.M.S.A., filed March 21, 2019 (Doc. 1-1).  <u>See</u> MOO at 1.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment pursuant to rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) all the claims raised in the Plaintiff Victor Apodaca's Prisoner Civil Tort Complaint Pursuant to the New Mexico Tort Claims Act, filed March 21, 2019 (Doc. 1-1) are dismissed with prejudice, pursuant to rule 12(b)(6) and 28 U.S.C. § 1915A; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

- 2 -

*Parties and Counsel:*

Victor Apodaca
Grants, New Mexico

    *Plaintiff pro se*

Daniel P. Struck
Jacob B. Lee
Struck Love Bojanowski & Acedo, PLC
Chandler, Arizona

--and--

Deborah D. Wells
Debra J. Moulton
Kennedy, Moulton & Wells, PC
Albuquerque, New Mexico

    *Attorneys for the Defendants*